1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10   D.D.,                                         | CV 19-399 PA (PLAx)

11          Plaintiff,                             | JUDGMENT OF DISMISSAL

12          v.

13   LOS ANGELES UNIFIED SCHOOL
     DISTRICT,

14

15          Defendant.

16

17          In accordance with the Court's June 14, 2019 minute order dismissing the First

18   Amended Complaint filed by minor plaintiff D.D. ("Minor Plaintiff") by and through his

19   guardian ad litem, Michaela Ingram,

20          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is

21   dismissed without prejudice.

22          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Minor Plaintiff

23   take nothing and defendant Los Angeles Unified School District shall have its costs of suit.

24

25

26   DATED: June 14, 2019          _____

                                               Percy Anderson
27                                      UNITED STATES DISTRICT JUDGE

28