JS-5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-00399 PA (PLAx) | Date | June 6, 2023 |
|---|---|---|---|
| Title | D.D. v. Los Angeles Unified School District | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

The Court is in receipt of the Ninth Circuit's Order issued on June 2, 2023. (Docket No. 58.)

Defendant Los Angeles Unified School District ("Defendant") is ordered to show cause in writing, no later than June 12, 2023, why the Court should not vacate the Order granting dismissal (Docket No. 45) and require Defendant to file an answer in light of <u>Luna Perez v. Sturgis Public Schools</u>, 598 U.S. __ , 143 S. Ct. 859, 215 L. Ed. 2d 95 (2023).

IT IS SO ORDERED.