JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.D., a minor, by and through his guardian ad litem, Michaela Ingram,<br><br>Plaintiff,<br>v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 2:19-CV-00399-PA (PLAX)<br><br>**Order Dismissing Case with Prejudice Pursuant to Settlement**<br><br>Hon. Percy Anderson |

Pursuant to the Parties' notification to the Court of the settlement of this matter, and the Parties' stipulation pursuant to FRCP 41(a)(1)(A)(ii) requesting dismissal of the case, the Court hereby orders that this matter be dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated: March 27, 2024

                                        PERCY ANDERSON
                                    United States District Judge